AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MEIR ROSENBURG | ) Case No. 6:24-mj- 1472 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 1, 2024** in the county of **Orange** in the
**Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography in Foreign Commerce |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Albert Grooms, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/2/2024

_____
Judge's signature

City and state: Orlando, FL

DANIEL C. IRICK, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against Meir ROSENBURG for a violation of 18 U.S.C. § 2252A(a)(1) (Transportation of Child Pornography in Foreign Commerce). As set forth in more detail below, there is probable cause to believe that, on May 1, 2024, ROSENBURG knowingly transported child pornography in foreign commerce.

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to, Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3. My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, CSAM, and computer crimes. I have participated in training courses for the investigation and

enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6. On May 1, 2024, ROSENBURG flew from Rio Negro, Columbia to Orlando, in the Middle District of Florida, via the Orlando International Airport (MCO). Upon his arrival to the United States, ROSENBURG was subject to inspection and was referred to secondary inspection. During secondary inspection, Customs and Border Protection (CBP) officers conducted a border search of ROSENBURG's cellular smartphone, which he had on his person. During the inspection, CBP located child pornography/child sexual abuse material (CSAM) contained within the Telegram app. CBP officers questioned ROSENBURG

regarding the CSAM, to which ROSENBURG admitted to, among other things, knowingly possessing the CSAM.

7. Subsequently, HSI Special Agents responded to MCO, mirandized and interviewed ROSENBURG, and reviewed the CSAM material found on ROSENBURG's phone. ROSENBURG made the following post-*Miranda* statements: ROSENBURG stated that he met someone online (Individual 1) approximately two years ago with whom he shared fantasies of minor children. ROSENBURG stated that things escalated to the point where Individual 1 started sending ROSENBURG CSAM. ROSENBURG stated that the minors depicted in the CSAM were all ages, down to toddlers. ROSENBURG admitted to sending and receiving CSAM from at least two other individuals during the past two years. ROSENBURG admitted to having knowledge of the CSAM present on his phone and stated that he was not surprised when CBP found it. ROSENBURG estimated there were approximately 100 files of CSAM on his phone. ROSENBURG also admitted that, during a previous trip to Columbia in or around 2022, ROSENBURG had sex with two minors, approximately 16 and 17 years old.

8.  Pursuant to the border search, HSI Special Agents observed multiple files of CSAM contained within the Telegram app on ROSENBURG's phone. Specifically, one video file depicts an unknown adult male touching the face of an infant with his penis near the infant's mouth. This file indicates it was forwarded from "YOUNG'S AND BABIES CP." Another image shows an unknown adult male touching his penis on or around a female infant's vagina. Another image shows an unknown adult male appearing to penetrate a female infant or toddler's anus with his penis. I viewed multiple other images contained within ROSENBURG's Telegram app that, in my training and experience, I know to be images of CSAM.

## CONCLUSION

9.  Based on the above, I submit that there is probable cause that on May 1, 2024, ROSENBURG knowingly transported child pornography in foreign commerce when he traveled from Columbia to the United States.

Albert Grooms, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
before me this 2 day of May 2024.

DANIEL C. IRICK
United States Magistrate Judge

4