# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                   **CASE NO: 6:24-mj-1472-DCI**

**MEIR ROSENBURG**

AUSA: Kara Wick

Defense Attorney: James Skuthan, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **May 2, 2024**<br>2:44 P.M.-2:48 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 4 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant - No issue as to competency.
Court advises defendant of his rights.
Government advises of the charge and potential penalties.
Defense oral motion for appointment of counsel- Motion granted; Court appoints FPD- Order to be entered.
Defendant waives the right to a preliminary hearing.
Government oral motion for detention
Government oral motion to continue detention hearing - Granted- Order to be entered.
Defendant will remain in custody pending further proceedings- Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.