UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO: 24-MJ-01472-DCI

UNITED STATES OF AMERICA,

       Plaintiff,

vs.


MEIR ROSENBURG,

       Defendant.

_____/

## NOTICE OF LIMITED APPEARANCE OF COUNSEL
### [DETENTION HEARING REPRESENTATION ONLY]

COMES NOW, **Jacob A. Cohen, Esq**., and files this Notice of Limited Appearance of Counsel for Detention Hearing purposes only for the above-named Defendant. This appearance is made with the understanding that undersigned counsel will fulfill any obligations imposed by the Honorable Court if pretrial release is ordered in this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner cv for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com
By: /s/ Jacob A. Cohen, Esq.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530