UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 6:24-mj-01472

MEIR ROSENBERG

## WAIVER OF RIGHT TO SPEEDY INDICTMENT

I, Meir Rosenberg, the above-named defendant, through undersigned counsel and after consultation with my attorney concerning my right to the return of a speedy indictment/information in this cause, hereby voluntarily and knowingly waive my right to the return of a speedy indictment/information under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, and the Sixth Amendment of the United Sates Constitution. This waiver pertains to the criminal complaint filed against me on May 2, 2024, for violations of 18 U.S.C. § 2252A(a)(1), for which I was arrested on May 2, 2024. My waiver is effective through July 31, 2024.

EXECUTED this 14th day of May, 2024.

_____          _____
Meir Rosenberg                                                   David Seltzer, Esq.
Defendant                                                            Counsel for Defendant