UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:24-mj-01472-DCI

MEIR ROSENBURG[1]

### JOINT MOTION FOR EXTENSION OF TIME BY WHICH INDICTMENT/INFORMATION MUST BE FILED

Now come the parties, through their undersigned attorneys, and move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) through July 31, 2024. The parties believe this extension would best serve the interests of justice and that the time would be excludable under 18 U.S.C. § 3161(h)(7)(A).

On May 2, 2024, the defendant was charged by criminal complaint for a violation of 18 U.S.C. § 2252A, transportation of child pornography. Doc. 1. On the same date, the defendant had his initial appearance in Orlando. Doc. 3. On May 16, 2024, the defendant filed his waiver of the speedy indictment or information period. Doc. 20.

Counsel for the United States and the defendant are engaged in plea negotiations concerning a pre-indictment resolution to this matter. Based upon this information, the interests of justice would be served by the parties continuing to

---

[1] The Defendant's name is actually spelled "Rosenberg."

attempt to resolve this matter prior to grand jury presentment, indictment, and/or trial.

The defendant has been apprised of the constraints of 18 U.S.C. §3161 et. seq. as it relates to his case and voluntarily and with full knowledge of the consequences hereby waives speedy trial through July 31, 2024.  *See* Doc. 20.

For these reasons, the parties request an extension of the time within which an indictment or information may be filed in this case through July 31, 2024.  The government will file an indictment or information with the Court on or before that date.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:    s/ *Kara M. Wick*
    Kara M. Wick
    Assistant United States Attorney
    Florida Bar No. 0085578
    400 W. Washington St., Suite 3100
    Orlando, Florida 32801
    Tel. (407) 648-7500
    Fax: (407) 648-7643
    Email: kara.wick@usdoj.gov

By:    s/ *David Seltzer*
    David Seltzer
    Seltzer Mayberg, LLC
    10750 NW 6th Court
    Miami, Florida 33168
    Tel: 305.444.1565
    Cell: 786.877.8870
    Fax: 305.444.1665
    david@smfirm.com